UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,      Case No. 10-CR-20705
                                                    (Related to Case No. 12-mc-50618)
         Plaintiff,          HON. ROBERT H. CLELAND

         v.

D-2    ALI ALAOUIE,

         Defendant.
_____/

**AMENDMENT TO PRELIMINARY ORDER
OF FORFEITURE REGARDING $33,860.53**

This Court entered a Preliminary Order of Forfeiture on November 28, 2011, in this criminal case ordering the forfeiture of $33,860.53 represented by the following check:

> Check issued by the County of Wayne Treasurer's Office from an account at Bank 1 One N.A. in Dearborn, MI in the amount of $33,860.53 (Asset ID # 10-FBI-006975)

("Subject Funds"). (Docket # 328).

The government has requested that the Preliminary Order of Forfeiture be amended to allow for the release of the Subject Funds to AMCO Insurance Company, a Nationwide company, (hereinafter referred to as "Nationwide Insurance"), who filed a petition in the related ancillary proceedings, Case No. 12-mc-50618, alleging an

˘1˘

interest in the Subject Funds and seeking their return.

Accordingly, this Court now makes the following Order:

PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 32.2(c)(2), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the Preliminary Order of Forfeiture entered in the above captioned action on November 28, 2011 is amended as follows:

- the Subject Funds (i.e., $33,860.53) shall be released to Nationwide Insurance.

Nationwide Insurance's loss, previously identified as $363,419.06, will be reduced by the amount of the Subject Funds once the government releases the Subject Funds to Nationwide Insurance.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

**IT IS SO ORDERED.**

Dated:   January 17, 2014              s/Robert H. Cleland
                                                              HONORABLE ROBERT H. CLELAND
                                                              United States District Court Judge